_____



**SO ORDERED,**

*Katharine M. Samson*

**Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: August 6, 2025**

_____
The Order of the Court is set forth below. The docket reflects the date entered.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:       CHAPTER 13 PROCEEDINGS
DOROTHEA CLAYTON      21-01099 KMS
3513 32nd STREET
Meridian, MS 39307      SSN: XXX-XX-2137

## RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

    VAN ZYVERDEN
    8079 VAN ZYVERDEN ROAD
    NAS, MERIDIAN MS 39305

was required to pay debtor's earnings or a portion thereof to:

    DAVID RAWLINGS, TRUSTEE
    LOCK P.O. BOX 871
    HATTIESBURG, MS 39403
    (601) 582-5011

<u>IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.</u>

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS 39403
(601) 582-5011
ecfNotices@rawlings13.net