United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 21-01099-KMS
Dorothea Clayton Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 2
Date Rcvd: Aug 04, 2025      Form ID: ntcdsm      Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dorothea Clayton, 3513 32nd Street, Meridian, MS 39307-4504 |
| 5014326 | + | AES/PHEAA, 1112 7th Ave, Monroe, WI 53566-1364 |
| 5014336 | ++ | LOAN SERVICING, LOAN SUPPORT, PO BOX 5961, MADISON WI 53705-0961 address filed with court:, State Farm, 1 State Farm Plaza, Bloomington, IL 61710 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Aug 04 2025 23:27:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5014327 | + | EDI: ATTWIREBK.COM | Aug 04 2025 23:27:00 | AT&T Mobility, PO Box 536216, Atlanta, GA 30353-6216 |
| 5026762 | + | EDI: ATTWIREBK.COM | Aug 04 2025 23:27:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 5014328 | + | Email/Text: znotice@bankplus.net | Aug 04 2025 19:33:00 | Bank Plus, 1068 Highland Colony P, Ridgeland, MS 39157-8807 |
| 5014330 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 04 2025 19:36:06 | CC Holdings, 101 Crossways Park Dr, Woodbury, NY 11797-2020 |
| 5014329 | + | EDI: CAPONEAUTO.COM | Aug 04 2025 23:27:00 | Capital One Auto Fianc, P.O. Box 259407, Plano, TX 75025-9407 |
| 5017130 | + | EDI: AISACG.COM | Aug 04 2025 23:27:00 | Capital One Auto Finance, a division of, Capital One, N.A. c/o, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Dept APS, Oklahoma City, OK 73118-7901 |
| 5014331 | | Email/Text: bankruptcy@credencerm.com | Aug 04 2025 19:33:00 | Credence Resource Mana, P.O. Box 2238, Southgate, MI 48195-4238 |
| 5014332 | ^ | MEBN | Aug 04 2025 19:27:57 | Jacob Law Group, 2623 West Oxford Loop, Oxford, MS 38655-5442 |
| 5014333 | + | Email/Text: BKRMailOPS@weltman.com | Aug 04 2025 19:33:00 | Kay Jewelers, 375 Ghent Rd, Akron, OH 44333-4600 |
| 5014334 | + | EDI: CBS7AVE | Aug 04 2025 23:27:00 | Midnight Velvet, 1112 7th Ave, Monroe, WI 53566-1364 |
| 5016584 | + | Email/Text: ecfbankruptcy@progleasing.com | Aug 04 2025 19:33:00 | NPRTO South-East, LLC, 256 West Data Drive, Draper, Utah 84020-2315 |
| 5014335 | + | Email/Text: SMSDEBORAHB@AOL.COM | | |

District/off: 0538-3        User: mssbad        Page 2 of 2
Date Rcvd: Aug 04, 2025        Form ID: ntcdsm        Total Noticed: 16

| | Aug 04 2025 19:34:00 | Specialized Management, PO Box 3842, Meridian, MS 39303-3842 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 06, 2025        Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Jennifer A Curry Calvillo | on behalf of Debtor Dorothea Clayton jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Dorothea Clayton trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

Form ntcdsm (Rev. 12/23)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

Case No.: 21−01099−KMS
Chapter: 13

In re:
    Dorothea Clayton
    3513 32nd Street
    Meridian, MS 39307

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
    xxx−xx−2137

Employer Tax Identification No(s). (if any):

## Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on August 4, 2025.

Dated: 8/4/25

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601−608−4600